UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01589-SPG (AS) | Date | December 10, 2025 |
|---|---|---|---|
| Title | *Todd Macaluso v. Warden, FCI Lompoc II* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On September 19, 2025, the Court issued an Order directing Petitioner to file an opposition or statement of non-opposition to the Motion to Dismiss filed by Respondent Warden FCI Lompoc II.  (Dkt. No. 11).  Petitioner's response to the motion was due no later than October 10, 2025. Id.  The Court subsequently granted Petitioner's requests for additional time to file his opposition to the motion, to October 31, 2025, (Dkt. No. 14), to November 14, 2025, (Dkt. No. 16), and finally to November 19, 2025 (dkt. No. 20).  To date, Petitioner has not filed hi opposition to the Respondent's motion to dismiss.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE,** within **twenty-one (21) days** of the date of this Order (by no later than December 31, 2025), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b)

Petitioner may discharge this Order by filing an Opposition or Statement of non-opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why she is unable to do so.

**If Petitioner no longer wishes to pursue this action, she may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  A Notice of Dismissal form is attached for Petitioner's convenience.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 25-01589-SPG (AS) | Date | December 10, 2025 |
|---|---|---|---|
| Title | *Todd Macaluso v. Warden, FCI Lompoc II* | | |

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to comply with Court orders.** See Fed.R. Civ. P. 41(b).

**IT IS SO ORDERED.**

0 : 00

Initials of Preparer _____